# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

IN THE MATTER OF THE
APPLICATION OF THE UNITED
STATES FOR AUTHORIZATION
TO CONDUCT A SEARCH OF:
JOSIAH R. LEWIS, DOB: 4-10-1978

Case No. 21-mj-08225-TJJ

## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

I, Joshua M. Temple, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being of lawful age, having first duly sworn upon my oath, do hereby depose and state:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), a component of the U.S. Department of Justice, having been so employed since March 11, 2020. I am currently assigned to ATF Kansas City Group I, and charged with investigating violations of Federal Firearms, Explosives, and Arson Laws. I have successfully completed the Criminal Investigator Training Program and the ATF Special Agent Basic Training at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to that, I was employed as a Police Officer with the Baltimore City, Maryland Police Department for approximately two years and an armed federal contractor for the Department of Homeland Security and Federal Protective Services for approximately one and a half years. I have been a member of the Army Reserves for approximately 15 years, where I am a Military Intelligence Officer and former Military Police Officer.

2. I have received specialized training in narcotics, firearms, arsons and explosives related investigations and instruction pertaining to the laws of search and seizure. I have conducted and/or participated in investigations involving controlled substances, firearms, arsons, and

1

explosives. I have written and executed federal search warrants and arrest warrants. I have participated in the execution of numerous search warrants including search warrants relating to the illegal use, possession, and trafficking of firearms, the illegal use and possession of explosives, and the illegal use, possession, and distribution of controlled substances. I have conducted and/or participated in investigations resulting in the seizure of contraband, including firearms, narcotics, explosives, currency, and vehicles.

3. This Application and Affidavit contains information necessary to support probable cause for this application. It is not intended to include every fact or matter observed by me or known by law enforcement. The information provided is based on my personal knowledge and observations during the course of this investigation, information conveyed to me by other law enforcement officials, and my review of records, documents, and other physical evidence obtained during this investigation.

**PROBABLE CAUSE**

4. This Application and Affidavit is in support of a Search Warrant seeking buccal swabs (saliva samples) from the person of Josiah R. LEWIS, black male, date of birth: 4-10-1978. The requested buccal swabs taken from LEWIS will be utilized for DNA comparison with evidence recovered during the investigation herein.

5. There is probable cause to believe that the buccal swabs from Josiah LEWIS will contain evidence related to violations of 18 U.S.C. 844(i) - Maliciously damages or destroys, or attempts to damage or destroy, by means of an explosive, any building, vehicle, or other real or personal property used in interstate or foreign commerce; 18 U.S.C. 842(i)(1)– Felon in possession of an explosive; and 18 U.S.C. 842(a)(3)(A)– Transportation of Explosive Materials.

6.      On April 29, 2021, at approximately 6:34 a.m., the Overland Park Police Department responded to a commercial burglary call at the Minit Mart convenience store located at 11950 W. 135th Street, Overland Park, Kansas 66210. Special Agents (SAs) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) also responded to the scene. Based on video recordings from Minit Mart's in-store video cameras, it was determined that two suspects broke into the Minit Mart and placed an explosive device on the ATM in what appeared to be an attempt to break into the ATM. The detonation caused substantial damage to the ATM, and damaged portions of the business and some inventory.

7.      Agents with the ATF commenced an investigation into the use of the explosive. Investigators submitted evidence collected from the Minit Mart to the ATF Forensic Science Laboratory for analysis. Investigators also reviewed Overland Park traffic cameras. From the review of this video footage, investigators were able to locate the vehicle used by the two suspects in the Minit Mart ATM bombing before and after the explosion. Investigators were able to track the vehicle as it traveled away from the Minit Mart to another location where the identity of one of the suspects (Josiah Ronnell LEWIS) was revealed.

8.      On April 30, 2021, SA Temple received a copy of the security camera footage from the Minit Mart located at 11950 W. 135th Street, Overland Park, Kansas. SA Temple reviewed the security footage and learned that on April 29, 2021, between 1:54 a.m. and 1:55 a.m., the two suspects approached the front of the Minit Mart. At approximately 1:56 a.m., Suspect 1, later identified by law enforcement officials as Josiah Ronnell LEWIS, a.k.a. Joey Ronnell LEWIS, used a pry tool to open the Minit Mart's front door. The Minit Mart was not open for business at that time. At approximately 1:56 a.m., LEWIS held one of the main doors open while Suspect 2, went inside the Minit Mart and placed an explosive device on the ATM. SA Temple was able to

observe LEWIS wearing a black jacket and blue jeans. LEWIS also had a unique shoe pattern of white laces, a distinct white design on the black main body of the shoe and white outsole. SA Temple also observed what appeared to be a goatee or beard on LEWIS when he adjusted his mask while holding the door. The mask LEWIS was wearing looked like a dark colored bandana with a white design. Additionally, SA Temple observed LEWIS wearing gloves that were white on top and a dark color on the grip side. At approximately 1:56 a.m., Suspect 2 lit the explosive device and LEWIS and Suspect 2 ran from the store. A few seconds later, the explosive device detonated, and LEWIS and Suspect 2 ran into the Minit Mart, straight to the ATM, and then a few moments later both ran back out of the store.

9. SA Temple had previously learned that an Overland Park Police Captain was able to review traffic camera footage and locate a suspect vehicle. Overland Park Police Detective (Det.) Geoffrey Gahn informed SA Temple that the traffic camera footage showed the suspect vehicle stop at a 7-Eleven located at 8700 W. 95th Street, Overland Park, Kansas, after leaving the Minit Mart. Close examination of the Overland Park traffic camera footage and the 7-Eleven security camera footage revealed the suspect vehicle was a blue Chrysler Pacifica, mid-2000's model, with a sunroof and license plates on both the front and rear of the vehicle.

10. SA Temple later reviewed the Overland Park traffic camera footage. The traffic camera footage showed the suspect vehicle before the Minit Mart bombing turn from northbound Metcalf Avenue to westbound 135th Street at 1:43:24 a.m., the suspect vehicle continued westbound on 135th Street under U.S. 69 highway. The suspect vehicle continued westbound on 135th Street from U.S. 69 highway, through Antioch Street. The suspect vehicle continued westbound on 135th Street through Nieman, past Quivira. At 1:47:43 a.m., the suspect vehicle turned north onto Long Street from westbound 135th Street where the business burglary occurred

at the Minit Mart. Long Street provides road access along the rear of the Minit Mart. There are only commercial businesses between where the Overland Park traffic camera shows the suspect vehicle enter and leave Long Street and the Minit Mart. All of the businesses were closed at that time of day. The suspect vehicle was not observed on the Minit Mart security footage, likely due to the business's limited exterior camera coverage.

11. At 2:00:19 a.m., after the Minit Mart burglary and explosion occurred, the Overland Park traffic video footage shows the suspect vehicle reappeared southbound on Long Street and then turned westbound on 135th Street. The suspect vehicle then turned from westbound 135th Street to northbound on Pflumm. The suspect vehicle then continued through 127th Street, then turned from northbound Pflumm to eastbound on 119th Street. The suspect vehicle then turned from eastbound 119th Street to northbound on Quivira. The suspect vehicle continued northbound on Quivira through 110th Street past I-435. The suspect vehicle continued north past 103rd Street and continued northbound and through 97th Street. The suspect vehicle turned from northbound Quivira to eastbound on 95th Street. The suspect vehicle traveled east on 95th Street through Nieman over U.S. 69 highway, past Overland Park Fire Station 42, where it turned north on Antioch from 95th Street. The suspect vehicle then turned from northbound Antioch into the parking lot on the northwest corner of 95th Street and Antioch and parked in front of the main doors to the 7-Eleven located at 8700 W. 95th Street, Overland Park, Kansas at 2:15:44 a.m.

12. At 2:22:44 a.m., the Overland Park traffic video footage shows the suspect vehicle back out of the parking space at the 7-Eleven and then proceed to travel westbound on 95th Street, past Overland Park Fire Station 42, and turned northbound on U.S. 69 highway at 2:23:59 a.m. SA Temple learned through the Overland Park Police Reports that the Overland Park Police Captain's

review of the Overland Park traffic camera footage revealed the suspect vehicle did not exit onto 87th Street or 75th Street and continued onto northbound I-35 out of camera coverage.

13. On April 30, 2021, SA Temple received a copy of the security camera footage from the 7-Eleven, located at 8700 W. 95th Street, Overland Park, Kansas. SA Temple reviewed the security footage and learned that at approximately 2:15 a.m., the suspect vehicle, located through traffic cameras by the Overland Park Police Department, pulled into a parking spot in front of the main doors to the 7-Eleven. The vehicle was identified as a blue mid to late 2000's Chrysler Pacifica SUV. The vehicle is the same vehicle observed on Overland Park traffic videos driving from the area of the Minit Mart to the 7-Eleven as described in previous paragraphs. At approximately 2:16 a.m., the driver, LEWIS, exited the vehicle and took off a black jacket and placed it in the back seat of the vehicle while the front passenger of the vehicle stayed in the vehicle. LEWIS then entered the 7-Eleven, eventually proceeded to the counter, and used a debit/credit card to purchase a pack of cigarillos. SA Temple observed LEWIS wearing shoes with the same unique pattern of white laces, a distinct white design on the black main body of the shoes and white outsoles as he entered the 7-Eleven as to the shoes he was wearing at the Minit Mart. SA Temple also noticed similar facial hair on LEWIS as in the Minit Mart video and noticed LEWIS wore similar blue jeans in 7-Eleven as the ones he wore in the Minit Mart video. Additionally, SA Temple noticed LEWIS wore a face mask in the 7-Eleven that is blue with a white design but different than the one worn at the Minit Mart. SA Temple knows that suspects will often discard clothing or make changes to their appearances to disguise themselves. SA Temple also knows that it is common for people to have more than one face mask with them or in their vehicle due to the current pandemic.

14. On May 3, 2021, Det. Gahn contacted SA Temple and advised he had received a subpoena for the banking information from the MasterCard LEWIS used when he made the purchase at the 7-Eleven. Det. Gahn advised the card was a PayPal Business MasterCard, and the card holder was identified as "Josiah Lewis" with an address of 12914 Beacon Avenue, Grandview, Missouri. To further the investigation, law enforcement officials utilized commercial databases to conduct a check into LEWIS and the address returned on the subpoena. The records revealed a female by the name Lisa R. Lewis associated with LEWIS and, according to the reports, she shares the same address as LEWIS. Lisa Lewis is the registered owner of a 2007 Chrysler Pacifica with Missouri tag registration "JF0V6N." The registration tag of the suspect vehicle was not captured on Overland Park traffic cameras. However, the suspect vehicle is consistent with the description of the vehicle registered to Lisa R. Lewis in the Missouri Department of Motor Vehicle's records.

15. On May 4, 2021, Det. Gahn and SA Temple drove by 12914 Beacon Avenue, Grandview, Missouri, to check for the suspect vehicle. Det. Gahn and SA Temple observed the suspect vehicle parked in front of the 12914 Beacon Avenue address. The vehicle, a blue Chrysler Pacifica, was displaying Missouri registration "JF0V6N." SA Temple also observed the vehicle had a sunroof and front and rear license plates, which was consistent with the video footage from the Overland Park traffic cameras and the 7-Eleven security footage from April 29, 2021.

16. Det. Gahn provided still images from the 7-Eleven security footage to LEWIS's former parole officer. The parole officer identified the person in the April 29, 2021, 7-Eleven security footage as Josiah R. LEWIS. Among other convictions, on October 26, 2011, LEWIS was convicted in District of Kansas Case Number 5:11CR40059-001-RDR of Possession of a

7

Firearm by a Prohibited Person. On February 3, 2012, LEWIS was sentenced to 77 months' imprisonment.

17. On May 26, 2021, SA Temple conducted an investigative follow-up of the route the suspect vehicle drove as shown on Overland Park traffic cameras. SA Temple drove the same route the Overland Park traffic cameras showed the suspect vehicle driving on the night of the Minit Mart ATM bombing (April 29, 2021). SA Temple drove the route close to the same time of day in order to replicate similar traffic patterns and conditions. It took SA Temple approximately the same amount of time to get from the different points shown on the Overland Park traffic cameras as it did for the suspect vehicle. It is SA Temple's belief that the suspect vehicle shown in Overland Park traffic cameras at the Minit Mart is the same vehicle that arrived at the 7-Eleven on April 29, 2021, at approximately 2:15 a.m.

18. On July 4, 2021, at approximately 4:09 a.m., the Overland Park Police Department responded to a suspicious activity call at Maloney's Sports Bar and Grill located at 7201 W. 79th Street, Overland Park, KS 66204. It was determined that an unknown suspect broke into Maloney's Sports Bar and Grill and placed an unknown explosive device on the ATM inside in what appeared to be an attempt to break into the ATM. The Overland Park Fire Department and the Overland Park Police Explosive Ordinance Disposal (EOD) team were called to the scene.

19. Notifications were made within Overland Park Police Department, to ATF. ATF Explosives Enforcement Officer (EEO) Scott McCullough and ATF Special Agent Bomb Technician (SABT) Kyle Lovelady along with agents from Kansas City I responded to the scene to conduct a scene assessment and examination. ATF EEO Scott McCullough and ATF SABT Kyle Lovelady processed the scene for evidence and provided technical assistance with the bombing.

20. SA Temple spoke with Overland Park Police Detective (Det.) Adam Wimsatt who advised the reporting party, an employee of Maloney's, was inside the restaurant on the second floor at the time of the incident.

21. SA Temple observed the ATM machine along the west wall of the restaurant at the base of the stairs leading to the second floor. The ATM machine was severely damaged, and damage was observed to the walls and ceiling around the ATM machine and debris was located as far as the center portion of the restaurant near the kitchen entrance. The north door that leads out to the patio had shattered with the glass from the door located outside. A rock was located at the end of the bar near the entrance to the kitchen. The rock appeared out of place and the restaurant owner, John Miller, confirmed the rock did not belong in the restaurant. Det. Wimsatt collected the rock as evidence and submitted it to the Johnson County Sherriff's Criminalistics Laboratory in an attempt to collect DNA from the rock.

22. SA Temple and Det. Wimsatt conducted an area canvas for cameras and evidence of the crime. Det. Wimsatt photographed landscaping rocks in the farmers market that appeared to match the rock recovered inside the restaurant. In the area of the landscaping rocks, Det. Wimsatt recovered a half smoked Black and Mild brand cigarillo that appeared to be fresh. The Black and Mild cigarillo was also collected and submitted to the Johnson County Sherriff's Criminalistics Laboratory in an attempt to collect DNA. Security cameras were observed both inside and outside Maloney's Sports Bar and Grill and at other businesses around Maloney's Sports Bar and Grill.

23. In the following days, SA Temple and Det. Wimsatt reviewed security camera footage from Maloney's Sports Bar and Grill. Investigators learned that at approximately 4:06:26 a.m., a single suspect wearing a black hooded jacket, blue jeans and white gloves, dark shoes with a white design on them rush from the direction of the ATM to the north patio door. The suspect

then crouched down in front of the north patio door. At approximately 4:06:30 a.m. there was a flash, then an explosion. The suspect then rushed to the ATM out of the camera's view. At approximately 4:06:38 a.m., another security camera captured the suspect reaching into and pulling on the ATM. The suspect was then observed at approximately 4:07:08 a.m., walking south along the west-side of the restaurant then southwest towards the farmer's market.

24. SA Temple and Det. Wimsatt reviewed security cameras from other businesses in the area and observed the suspect walk from Maloney's Sports Bar and Grill into the farmers market parking lot. At approximately 4:09:37 a.m., headlights appear in the farmer's market parking lot and an SUV, later identified as a blue Chrysler Pacifica was observed exiting the farmer's market from the southwest entrance towards Marty Street. The vehicle then turned south on Marty Street towards W 80th Street, then turned east on W 80th Street.

25. Det. Wimsatt reviewed the Overland Park traffic cameras and observed the vehicle exit the farmer's market parking lot from the southwest entrance. The vehicle then turned south on Marty Street towards W 80th Street, then turned east onto W 80th Street towards the Metcalf Avenue intersection. The Pacifica turned south onto Metcalf Avenue and was captured on additional traffic cameras continuing south at the intersections of W 80th Street, W 83rd Street, W 87th Street, W 91st Street, W 95th Street, W 99th Street, W 103rd Street, W 105th Street and W 107th Street. At approximately 4:15:43 a.m., the Pacifica was observed traveling southbound on Metcalf Avenue from W 107th Street where it then turned onto the eastbound ramp to I-435 Hwy and out of camera view. Det. Wimsatt reviewed the cameras located at the intersections of I-435 Hwy and Nall Avenue and I-435 Hwy and Roe Avenue for several minutes after the Pacifica got onto the highway and he did not observe the vehicle exit onto either street. The Overland Park

traffic cameras showed the vehicle with both front and rear license plates, as also observed on Lisa Lewis' vehicle.

26. On July 8, 2021, SA Temple received the lab results from the ATF Forensic Science Laboratory of the items submitted from the Minit Mart ATM bombing. The lab found residues and combustion products of a chlorate/perchlorate explosive mixture on multiple items submitted along with nitrate ions on multiple items. These results were provided to ATF Senior Explosives Enforcement Officer Scott McCullough who advised the components meet the definition of an explosive as outlined in 18 U.S.C § 841(d) and 18 U.S.C § 844(j).

27. On August 9, 2021, United States Magistrate Judge for the Western District of Missouri, Honorable Lajuana M. Counts, signed and authorized two federal search warrants. One search warrant was for the residence of Josiah LEWIS located at 12914 Beacon Avenue, Grandview, Missouri (21-SW-00368-LMC). The other search warrant was for a 2007 Chrysler Pacifica (MO license plate JF0V6N) which was located at the residence during the execution of the arrest and search warrant (21-SW-00369-LMC). The Chrysler Pacifica was displaying both front and rear license plates at the time of the warrant execution.

28. On August 17, 2021, at approximately 6:00 a.m., Special Agents (SA) and Task Force Officers (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), assisted by the Overland Park Kansas Police Department and the Grandview Missouri Police Department, executed the above federal arrest warrant and two federal search warrants at 12914 Beacon Avenue, Grandview, Missouri. During the execution of these warrants, LEWIS was located inside his residence located at 12914 Beacon Avenue, Grandview, Missouri and taken into custody without incident. LEWIS was then transported to the Grandview Missouri Police Department and interviewed by ATF Special Agents.

29. Multiple items of evidence were recovered at LEWIS' residence during the execution of the search warrant. These items included burglary tools, two-way radios, clothing, gloves, and masks that were similar to Suspect 1's (believed to be Lewis) clothing at the time of the Minit Mart bombing and the suspect's clothing during the Maloney's Bar and Grill bombing. Additionally, a firearm and ammunition were recovered along with four Improvised Explosive Devices (IEDs). LEWIS's cell phone with the phone number (816) 655-9658 was also recovered during the search. TFO Jakob Blackman verified the phone by calling (816) 655-9658 from his department issued cell phone and noticed his phone number displayed on the phone recovered.

30. LEWIS was placed in an interview room at the Grandview Missouri Police Department and, after waiving his Miranda rights, interviewed by ATF SA Joshua Temple and ATF SA Brian Granger. The interview was audio recorded. LEWIS admitted that he and Suspect 2, whom he identified during the interview as Ashton PATTON, blew up the ATM at the Minit Mart on April 29, 2021, and said they didn't get any money. Agents asked LEWIS about the Maloney's Sports Bar and Grill ATM bombing on July 4, 2021, to which LEWIS stated he stayed in the car and was the driver. LEWIS then paused and said he didn't think he was there at that one, then said he might have been there. Agents asked LEWIS about the time PATTON came over to his residence around July 4, 2021. LEWIS stated PATTON came to his residence on July 3, 2021, and he last saw PATTON in the early morning of July 4, 2021, when PATTON came back with the blue Chrysler Pacifica.

31. On October 12, 2021, SA Temple received and reviewed the Johnson County Sheriff Criminalistics Laboratory report (Lab Case #21CL002498) dated October 8, 2021. The report indicated there was a CODIS Database hit on Lab Item 2.1: Swabs of rock. The Lab Item 2.1: Swabs of rock, came from the rock recovered inside Maloney's Sports Bar and Grill that Det.

Wimsatt submitted. The offender was verified and identified by the Kansas Bureau of Investigation (KBI) as Joey Lewis (DOB: 4-10-1978). Joey Lewis is a known alias for Josiah LEWIS (B/M, DOB: 4-10-1978). LEWIS has been arrested using both names on numerous occasions and LEWIS has had state driver's license under both names. The lab requires a known DNA sample from the offender for retesting in order to confirm the CODIS hit. The lab also reported the Black and Mild cigarillo was not sent for DNA typing because they did not detect autosomal DNA.

32. LEWIS is currently in the custody of the United States Marshall Services.

33. Based on the above information, your affiant has cause to believe that Josiah LEWIS used the above-mentioned rock to break into Maloney's Bar and Grill. Your affiant respectfully petitions the Court for a warrant authorizing the search of Josiah LEWIS and a seizure of sample of his DNA, via Buccal Swabs (saliva samples), to provide to Johnson County Sheriff's Office Criminalistics Laboratory to compare to Lab Item Number 2.1 and confirm the CODIS hit.

The foregoing is true and correct to the best of my knowledge and belief.

SA _____
Special Agent Joshua M. Temple
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn and attested by affiant via telephone, after being submitted to me by reliable electronic means on this __19th__ day of October, 2021.

_____
HONORABLE TERESA J. JAMES
CHIEF UNITED STATES MAGISTRATE JUDGE
DISTRICT OF KANSAS